484, (1918).] Statement of Facts—Opinion of the Court.

Argued April 18, 1918. Appeal, No. 104, April T., 1918, by Commonwealth, from decree of O. C. Westmoreland Co., May T., 1917, No. 230, dismissing appeal from collateral tax appraisement in Estate of Abraham L. Keister. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

See Knight's Estate, 261 Pa. 537.

*Error assigned* was the decree of the court.

*William S. Rial,* with him *Francis Shunk Brown,* Attorney General, for the Commonwealth, appellant.

*Frank P. Rush,* for appellees.

PER CURIAM, December 12, 1918:

When this appeal was called for argument it was agreed by counsel that the same questions, and those only, were raised and presented to the Supreme Court on an appeal pending (Estate of T. Morris Knight, No. 50, January Term, 1918), and the decision thereof would be conclusive of the questions involved in this appeal.

That appeal was decided June 3, 1918, and for the reasons given in the adjudication in the court below, and affirmed by the Supreme Court, the judgment in this case is affirmed.

---

## Commonwealth *v.* Ostrum, Appellant.

*Criminal law—Reasonable doubt—Charge.*

On the trial of a criminal case it is not reversible error for the court to instruct the jury in the very language of the law, and to stop with that.

Submitted April 28, 1918. Appeal, No. 404, Oct. T., 1918, by defendant, from judgment of Municipal Court,

Philadelphia Co., Aug. T., 1917, No. 404, on verdict of guilty in case of Commonwealth v. Samuel B. Ostrum. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEP-HART, TREXLER and WILLIAMS, JJ.  Affirmed.

Indictment for seduction under promise of marriage. Before GORMAN, J.  See Commonwealth v. Berney, (2) 262 Pa. 176.

Verdict of guilty upon which judgment of sentence was passed.  Plaintiff appealed.

*Error assigned,* amongst others, was in failing to properly instruct the jury with reference to the law upon the question of reasonable doubt.

*William A. Gray,* for appellant.

*George A. Welsh,* Asst. District Attorney, and *Samuel P. Rotan,* District Attorney, for appellee.

PER CURIAM, December 12, 1918:

The relation established by the prosecutor and the defendant subsequent to their admitted engagement to marry, was the sole question in controversy in the court below, and this was submitted in a charge that was free from reversible error.  Its sufficiency on the question of reasonable doubt has been settled by the Supreme Court in Com. v. Berney, No. 181, January Term, 1918, filed July 17, 1918.

The judgment is affirmed, and it is ordered that the appellant appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence or any part of it that has not been performed at the time this appeal became a supersedeas.